Edward A. Kraus, Esq. (SBN 162043)
CREECH, LIEBOW & KRAUS
333 West San Carlos Street, Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendants,
GAFFNEY CONCRETE PUMPING, INC. and MIKE GAFFNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LIMON, | ) Case No. C06-03199 JW |
| Plaintiff, | ) **ORDER RE: STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) |
| GAFFNEY CONCRETE PUMPING, INC., MIKE GAFFNEY and DOES 1-10, | ) |
| Defendants. | ) |

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for October 2, 2006 at 10:00 a.m. be continued to Monday, October 16, 2006 at 10:00 a.m. Last day to complete initial disclosures and other deadlines set forth in the Order Setting Initial Case Management Conference and ADR deadlines are continued accordingly.

IT IS SO ORDERED.

DATED: __September 13, 2006_____    _____
                                          HONORABLE JAMES WARE