IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Limon, | NO. C 06-03199 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Gaffney Concrete and Plumbing, Inc., et al., | |
| Defendants. | |

A Case Management Conference was scheduled in this case for October 16, 2006. Defendants' Case Management Statement and supporting declaration filed on October 10, 2006 indicate that Defendants have been unable to confer with Plaintiff to draft a joint Case Management Statement despite repeated attempts. The Court's staff also was unable to contact Plaintiff's counsel via phone. The Court CONTINUES the Case Management Conference scheduled for October 16, 2006 to **November 6, 2006 at 10 AM**. Plaintiff's counsel is ORDERED to meet and confer with Defendants' counsel to draft a joint Case Management Statement. The joint Statement shall be filed no later than **October 27, 2006**.

Dated: October 12, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
Edward A. Kraus ekraus@sjlegal.com

**Dated:  October 12, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California