1  ADAM WANG (STATE BAR NUMBER 201233)
   DAL BON & WANG
2  12 South First Street, Suite 613
   San Jose, Ca 95113
3  Tel:  (408) 292-1040
   Fax:  (408) 292-1045
4
   Attorney for Plaintiff
5  Jose Limon

6

7              UNITED STATES DISTRICT COURT

8           FOR NORTHERN DISTRICT OF CALIFORNIA

9  JOSE LIMON                          | Case No.: C06-3199 JW

10                                     | **STIPULATION TO DISMISS AND**
            Plaintiff,                 | **[PROPOSED] ORDER**
11
         vs.
12
   GAFFNEY CONCRETE PUMPING,
13 INCORPORATED, MIKE GAFFNEY, &
   DOES 1 - 10,
14
            Defendants
15

16     Plaintiff Jose Limon and defendants Gaffney Concrete Pumping, Incorporated, and Mike

17 Gaffney, through their respective counsel, stipulate as follows:

18     1.    Parties have fully resolved their disputes and entered into a Settlement Agreement

19 and Release ("Settlement Agreement").

20
       2.    Parties agree to request the Court to retain the jurisdiction for the purpose of
21
   enforcing the Settlement Agreement.
22
       3.    As such parties respectfully request that the Court dismiss this case in its entirety
23
   with prejudice, and retain jurisdiction to enforce the Settlement Agreement through a motion or
24
   motions brought by either party.
25

                                      1                        Case No.   C06-03199 JW

**STIPULATION TO DIMISS &[ PROPOSED] ORDER**
Limon v. Gaffney Concrete Pumping, Incorporated , et al.

1
2
3                                              DAL BON & WANG
                                               ADAM WANG
4
Dated: April 3, 2007                    By:  /s/ AM WANG
5                                              Attorney for Plaintiff
                                               Jose Limon
6

7
                                               EDWARD KRAUSE
8
Dated:  April 3, 2007                   By:  /s/ Edward Krause
9                                              Attorney for Defendants
                                               Gaffney Concrete Pumping,
10                                             Incorporated & Mike Gaffney

11
12                              **[PROPOSED] ORDER**

13
    Pursuant to the parties' stipulation, **IT IS SO ORDERED.**
14
                                               May
15  Dated:  April 10, 2007              By:  _____
                                               James Ware
16                                             United States District Judge

17
18
19
20
21
22
23
24
25

2                                              Case No.   C06-03199 JW